■ NICHOLAOS TSAKONITIS, Respondent, v EVANGELIA K. TSAKONITIS, Appellant.—In a matrimonial action, the defendant wife appeals from so much of a judgment of the Supreme Court, Dutchess County (Beisner, J.), dated July 30, 1984, as limited an award of counsel fees to her attorney to $750.

Judgment affirmed insofar as appealed from, without costs or disbursements.

We decline to disturb Special Term's exercise of its discretion in awarding counsel fees of $750 to the defendant's attorney. Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.